**DOCUMENT NOT IMAGED DUE TO REASON[S] CHECKED BELOW**

☐ **TOO VOLUMINOUS**

✗ **PHOTOGRAPHS**

☐ **CIVIL BOND**

☐ **CRIMINAL BOND**

☐ **MISCELLANEOUS [MC] CASE**

✗ **OTHER:** Addresses of defendants

**TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE CLERK'S OFFICE. THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. to 4:30 P.M. MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS. TO OBTAIN A COPY CALL THE CLERK'S OFFICE SERVICE CENTER - COPY DESK AT 312-435-5699.**

10/09